**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**


**GIRESSE ARSEL TAMNOU NGAJIE**          **CASE NO.  1:26-CV-01367 SEC P**

**VERSUS**                                                       **JUDGE JAMES D. CAIN, JR.**

**ELIAZAR GARCIA ET AL**                             **MAG. JUDGE KAYLA D. MCCLUSKY**


## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered,

no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Giresse Arsel

Tamnou Ngajie's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of July, 2026.


**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**